**FILED**

07/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0186

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0186

_____

JACOB SMITH,

      Plaintiff and Appellant,

   v.                                    O R D E R

MICHAEL ROOPE,

      Defendant and Appellee.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to Jacob Smith, to Michael Roope, and to the Honorable Ray Dayton, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 29 2020